

ILC 3

E-FILED
Friday, 12 August, 2005  02:52:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:                CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| All Cascino Vaughan Law Office Cases on Attached Exhibit A | ) ) ) | Case No. See Exhibit A |
|---|---|---|
| VS. | ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. | ) ) ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

| CASCINO VAUGHAN LAW OFFICES, LTD. | WILDMAN HARROLD ALLEN & DIXON, LLP. |
|---|---|
| By: *Michael Cascino* | By: *Jennifer Johnson* |
| Michael Cascino | Jennifer Johnson |
| 220 S. Ashland Avenue | 225 W. Wacker Dr. |
| Chicago, IL 60607 | Chicago, IL 60606-1229 |
| (312) 944-0600 | (312) 201-2000 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY |

So Ordered
Charles R. Weiner
7/28/2005

Friday, May 27, 2005          **EXHIBIT A**          Page 1

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| Audo | Anthony J. | xxxxxxxxxxx | 99-3158 | IL | F | CENTRAL | SPRINGFIELD |
| Bushong | Ronald P. | xxxxxxxxxxx | 01-3031 | IL | F | CENTRAL | SPRINGFIELD |
| Cox | Charles W., Sr. | xxxxxxxxxxx | 00-3005 | IL | F | CENTRAL | SPRINGFIELD |
| Davis | Donald | xxxxxxxxxxx | 94-3195 | IL | F | CENTRAL | SPRINGFIELD |
| Gulotta | Jake | xxxxxxxxxxx | 94-03153 | IL | F | CENTRAL | SPRINGFIELD |
| Kruse | Patrick B. | xxxxxxxxxxx | 00-CV-3110 | IL | F | CENTRAL | SPRINGFIELD |
| Lacost | Larry | xxxxxxxxxxx | 94-2245 | IL | F | CENTRAL | SPRINGFIELD |
| Moore | George E. | xxxxxxxxxxx | 00 3332 | IL | F | CENTRAL | SPRINGFIELD |
| Morthole | Edward J. | xxxxxxxxxxx | 00-3296 | IL | F | CENTRAL | SPRINGFIELD |
| Nettleton | Jerry | xxxxxxxxxxx | 95-3063 | IL | F | CENTRAL | SPRINGFIELD |
| Osmoe | Jerome A., Sr. | xxxxxxxxxxx | 99-3227 | IL | F | CENTRAL | SPRINGFIELD |
| Rochau | Harley | xxxxxxxxxxx | 95-3064 | IL | F | CENTRAL | SPRINGFIELD |
| Schulte | Hilbert L. | xxxxxxxxxxx | 99-3152 | IL | F | CENTRAL | SPRINGFIELD |
| Van Cleave | Rolland L. | xxxxxxxxxxx | 00 3333 | IL | F | CENTRAL | SPRINGFIELD |
| Walker | Raymond | xxxxxxxxxx | 93-3160 | IL | F | CENTRAL | SPRINGFIELD |
| Werner | George | | 94-3087 | IL | F | CENTRAL | SPRINGFIELD |
| Steele | Phillip | | 91C03336 | IL | F | CENTRAL | SPRINGFIELD |

EXHIBIT A