**E-FILED**
Wednesday, 14 February, 2007  11:06:38 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| JAKE A. GULOTTA and AUGUSTINE GULOTTA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 94-3153 |
| ANCHOR PACKING CO., ET AL | ) ) | |
| Defendants. | ) ) | |

**OPINION**

RICHARD MILLS, U.S. District Judge:

Plaintiffs' have filed a Motion for Voluntary Dismissal.  The motion is

unopposed.

Ergo, Plaintiffs' Motion for Voluntary Dismissal (d/e 14) is ALLOWED.

This case is DISMISSED.  The case is CLOSED.

IT IS SO ORDERED.

ENTER:  February 12, 2007

FOR THE COURT:

s/ Richard Mills
United States District Judge